155 So. 93

**STATE v. DR. PEPPER BOTTLING CO.**

2 Div. 43.

Supreme Court of Alabama.
May 24, 1934.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for petitioner.

Steiner, Crum & Weil and Sam Rice Baker, all of Montgomery, opposed.

PER CURIAM.

Petition of the state of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State v. Dr. Pepper Bottling Co., 155 So. 92.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.